**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**


**Alexandria Division**

UNITED STATES OF AMERICA and )
COMMONWEALTH OF VIRGINIA,      )
ex rel. NATHAN DAVIDHEISER,    )
                               )
    Plaintiff,             )
                               )
v.                             )   Civil Action No. 1:19-cv-593
                               )
CAPITAL RAIL CONSTRUCTORS,     )
                               )
    Defendant.             )

**ORDER**

THIS MATTER comes before the Court on Relator's Motion to Transfer (Dkt. 4).

Relator has moved to have this case transferred to The Honorable T.S. Ellis as a related matter. The United States and Commonwealth of Virginia have taken no position on the issue. Plaintiff has shown no good cause for such a transfer and for this reason, it is hereby

ORDERED that Relator's Motion to Transfer is DENIED.


*Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 23, 2019